## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:                                                                                           Chapter 13

Frederick Brockmeier and Rosemarie Brockmeier                      No.   11-40615

Debtors                                                                                 Hon.  Bruce W. Black

### NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE

**To: See attached Service List**

PLEASE TAKE NOTICE that on September 22, 2016, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

                                                            _____/s/ Ross Brand_____

### Certificate of Service

The undersigned certifies that she served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Dale A. Riley and Glenn B. Stearns on September 22, 2016.

                                                            _____/s/ Ross Brand_____

Ross Brand - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201-6769


**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Frederick Brockmeier and Rosemarie Brockmeier
4276 Colton Circle
Naperville, IL 60564

Glenn B. Stearns
801 Warrenville Road
Suite 650
Lisle, IL 60532

Dale A. Riley
Geraci Law L.L.C.
55 E. Monroe St., Suite #3400
Chicago, IL 60603